United States District Court
Northern District of California

1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    NEW CINGULAR WIRELESS PCS LLC,          Case No.  16-cv-02461-MMC
     et al.,

8                    Plaintiffs,             **ORDER OF RECUSAL**

9             v.

10   MICHAEL PICKER, et al.,

11                   Defendants.

12

13          I, the undersigned Judge of the Court, finding myself disqualified in the above-

14   entitled action, hereby recuse myself from this case and request that the case be

15   reassigned pursuant to the provisions of the Assignment Plan.

16          All pending dates for motions and other pretrial matters are hereby vacated and

17   are to be reset by the newly assigned Judge.

18          **IT IS SO ORDERED.**

19

20   Dated: May 6, 2016                      _____
                                             MAXINE M. CHESNEY
21                                           United States District Judge

22

23

24

25

26

27

28