UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL PICKER, et al., <br><br> Defendants. | Case No. 16-cv-02461-TEH <br><br> **ORDER OF RECUSAL** |

The Utility Reform Network ("TURN") filed a motion to intervene in this matter earlier today. I previously served on the Board of Directors of TURN for approximately ten years. I therefore recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated: 05/12/16

THELTON E. HENDERSON
United States District Judge