UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL PICKER, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-02461-VC<br><br>**ORDER RE PRELIMINARY INJUNCTION HEARING** |

　　At the hearing on the plaintiffs' motion for a preliminary injunction, the parties should be prepared to discuss the following issues:

　　1. Is further factual development necessary to decide whether the order that the plaintiffs turn over the data at issue in the case to third parties is preempted? And if not, should the Court convert the motion for a preliminary injunction into a motion for summary judgment?

　　2. Would the plaintiffs object to CPUC hiring an expert to analyze the data for the purposes of its investigation, if the result was that the data would not be turned over to TURN (and other third parties)?

　　**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
VINCE CHHABRIA
United States District Judge