MICHAEL K. KELLOGG (Appearance *pro hac vice*)
SCOTT HARRIS ANGSTREICH (Appearance *pro hac vice*)
KELLOGG HUBER HANSEN TODD EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-Mail: mkellogg@khhte.com
sangstreich@khhte.com

*Attorneys for Plaintiffs New Cingular Wireless PCS, LLC d/b/a AT&T Mobility and Pacific Bell Telephone Company d/b/a AT&T California*

Additional Counsel Appear on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T MOBILITY, a Delaware limited liability company; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA, a California corporation; CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION, a 501(c)(6) exempt trade association; COMCAST PHONE OF CALIFORNIA, LLC, a Delaware limited liability company; COX CALIFORNIA TELCOM, LLC, a Delaware corporation; CTIA – THE WIRELESS ASSOCIATION®, a District of Columbia non-profit corporation; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, a Delaware general partnership; MCI COMMUNICATIONS SERVICES, INC., a Delaware corporation,

Plaintiffs,

v.

MICHAEL PICKER, President of the California Public Utilities Commission, in his official capacity; MIKE FLORIO, Commissioner of the California Public Utilities Commission, in his official capacity; CARLA J. PETERMAN, Commissioner of the California Public Utilities Commission, in her official capacity; LIANE M. RANDOLPH, Commissioner of the California

Case No. 3:16-cv-02461-VC

**STIPULATION AND ORDER SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ESTABLISHING BRIEFING SCHEDULE AND PAGE LIMITS; EXTENDING TIME TO RESPOND TO COMPLAINT; VACATING CASE MANAGEMENT CONFERENCE; AND DISMISSING DEFENDANT ALJ BEMESDERFER; ~~[PROPOSED]~~ ORDER**

Public Utilities Commission, in her official capacity; CATHERINE J.K. SANDOVAL, Commissioner of the California Public Utilities Commission, in her official capacity; and KARL BEMESDERFER, Administrative Law Judge with the California Public Utilities Commission, in his official capacity,

Defendants,

THE UTILITY REFORM NETWORK,

Intervenor.

Plaintiffs NEW CINGULAR WIRELESS PCS, LLC d/b/a AT&T MOBILITY; PACIFIC BELL TELEPHONE COMPANY d/b/a AT&T CALIFORNIA; CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION; COMCAST PHONE OF CALIFORNIA, LLC; COX CALIFORNIA TELCOM, LLC; CTIA – THE WIRELESS ASSOCIATION®; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; MCI COMMUNICATIONS SERVICES, INC., Defendants MICHAEL PICKER, President of the California Public Utilities Commission, in his official capacity; MIKE FLORIO, Commissioner of the California Public Utilities Commission, in his official capacity; CARLA J. PETERMAN, Commissioner of the California Public Utilities Commission, in her official capacity; LIANE M. RANDOLPH, Commissioner of the California Public Utilities Commission, in her official capacity; CATHERINE J.K. SANDOVAL, Commissioner of the California Public Utilities Commission, in her official capacity; and KARL BEMESDERFER, Administrative Law Judge with the California Public Utilities Commission, in his official capacity ("Defendants"); and Intervenor The Utility Reform Network ("TURN"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, in the Order Granting Motion For A Preliminary Injunction (Docket No. 65), the Court scheduled a hearing on cross-motions for summary judgment for August 4, 2016 but stated: "If the parties are unavailable August 4, they may stipulate to a hearing on the Court's regular civil law and motion calendar in the latter half of July or in the latter half of September" (Docket No. 65 at 1 n.1);

WHEREAS, the parties intend to make motions for summary judgment;

WHEREAS, counsel of record for the Defendants is unavailable for the August 4, 2016 hearing date;

WHEREAS, the parties have met and conferred and agreed upon (i) a hearing date in the time frame indicated by the Court and (ii) a briefing schedule that better allocates the time available before the hearing while providing for the final brief to be submitted two weeks prior to the hearing date;

WHEREAS, the parties agree that no discovery is necessary in connection with the cross-motions for summary judgment and the parties further agree that initial disclosures are not necessary in connection with the cross-motions for summary judgment;

WHEREAS, the Court, in the Order Granting Motion for Preliminary Injunction (Docket No. 65) has established a plan for the case up through the hearing on cross-motions for summary judgment, avoiding the need for a case management conference;

WHEREAS, Defendants wish additional time to answer the complaint (Docket No. 1) on file herein, no previous extension of time to respond to the complaint has been sought, and the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, one of the Defendants is Karl Bemesderfer, Administrative Law Judge with the California Public Utilities Commission, sued in his official capacity (the “ALJ”);

WHEREAS, Defendants wish to have the ALJ dismissed from the lawsuit, and all parties agree that the ALJ is not a required, necessary or indispensable party to the suit, including without limitation for purposes of Federal Rule of Civil Procedure 19, and further agree that if the ALJ is dismissed: (i) such dismissal shall have no effect upon any relief to which Plaintiffs may be entitled; (ii) Plaintiffs may seek all relief to which they are entitled, if any, as if the ALJ were still a party to the suit; (iii) Defendants and TURN shall not take the position in this proceeding that the relief available to Plaintiffs is in any way limited or unavailable due to the dismissal of the ALJ; (iv) the ALJ shall be bound by any decision rendered by the Court; (v) none of the Defendants or TURN will take the position in this proceeding that the ALJ is not bound by any decision rendered by the Court; and (vi) the ALJ shall not seek to recover costs or fees in this lawsuit.

NOW THEREFORE, the parties, by and through their counsel of record, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The hearing date on cross-motions for summary judgment shall be September 29, 2016 at 10:00 a.m.

2. The briefing schedule on the cross-motions for summary judgment shall be as follows:

| | |
|---|---|
| Plaintiffs' opening brief | June 30, 2016 |
| Defendants' opening brief/opposition brief | July 28, 2016 |
| TURN's opening brief/opposition brief | July 28, 2016 |
| Plaintiffs' opposition brief/reply brief | August 25, 2016 |
| Defendants' reply brief | September 15, 2016 |
| TURN's reply brief | September 15, 2016 |

3. Plaintiffs shall respond to both Defendants' opening brief/opposition brief and TURN's opening brief/opposition brief in a single, combined opposition brief/reply brief not to exceed 30 pages — rather than two briefs of 20 pages each.

4. Because the parties have agreed that no discovery is necessary in order for the parties to make their cross-motions for summary judgment, initial disclosures and discovery shall be stayed pending further order of the Court.

5. Because a plan has been established for the case through decision on the cross-motions for summary judgment, the Case Management Conference scheduled for August 2, 2016 is vacated.

6. The ALJ is not a required, necessary or indispensable party to this case, including for purposes of Rule 19 of the Federal Rules of Civil Procedure.

7. Dismissal of Plaintiffs' claims against the ALJ in this case shall have no effect on any relief to which Plaintiffs are otherwise entitled.

8. Neither the Defendants nor TURN shall take the position in this proceeding that the relief available to Plaintiffs in this case is limited by dismissal of claims as to the ALJ.

9. The ALJ, as an Administrative Law Judge of the California Public Utilities Commission, shall be bound by a decision that the Court renders, if any, against defendant Commissioners Picker, Florio, Sandoval, Peterman or Randolph.

10. Pursuant to the terms stated above, the ALJ is dismissed from the case without prejudice.

11. Defendants and TURN may have to and including June 22, 2016 to file their Answers or other responses to the Complaint, if any.

IT IS SO STIPULATED.

Dated: May 31, 2016.

DAVIS WRIGHT TREMAINE LLP

By: /s/ Martin L. Fineman
Martin L. Fineman

SUZANNE TOLLER (SBN 129903)
MARTIN L. FINEMAN (SBN 104413)
ZEB ZANKEL (SBN 298919)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: suzannetoller@dwt.com

PETER KARANJIA (APPEARANCE *PRO HAC VICE*)
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006-3401
Telephone: (202) 973-4256
Facsimile: (202) 973-4499
E-Mail: peterkaranjia@dwt.com

*Attorneys for Plaintiff*
*Comcast Phone of California, LLC*

MAYER BROWN, LLP

By: /s/ Matthew H. Marmolejo
Matthew H. Marmolejo

MATTHEW H. MARMOLEJO (SBN 242964)
MAYER BROWN, LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
E-Mail: mmarmolejo@mayerbrown.com

*Attorneys for Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T Mobility and Pacific Bell Telephone Company d/b/a AT&T California*

CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION

By: /s/ Lesla Lehtonen
Lesla Lehtonen

LESLA LEHTONEN (SBN 95619)
CALIFORNIA CABLE & TELECOMMUNICATIONS ASSOCIATION
1200 K Street
Sacramento, CA 95814
Telephone: (916) 446-7732
E-Mail: Lesla@calcable.org

*Attorney for Plaintiff California Cable & Telecommunications Association*

COBLENTZ, PATCH, DUFFY & BASS LLP

By: /s/ Richard R. Patch
Richard R. Patch

Richard R. Patch (SBN 88049)
Rees F. Morgan (SBN 229899)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
E-mail: ef-rfm@cpdb.com
ef-rrp@cpdb.com

TOBIAS LAW OFFICE

By: /s/ Margaret L. Tobias
Margaret L. Tobias

MARGARET L. TOBIAS (SBN 191022)
TOBIAS LAW OFFICE
460 Pennsylvania Ave
San Francisco, CA 94107
Telephone: (415) 641-7833
E-Mail: marg@tobiaslo.com

*Attorney for Cox California Telcom, LLC*

GOODIN, MACBRIDE, SQUERI & DAY LLP

By: /s/ Michael B. Day
Michael B. Day

MICHAEL B. DAY (SBN 70604)
GOODIN, MACBRIDE, SQUERI & DAY LLP
505 Sansome Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 392-7900
E-Mail: Mday@goodinmacbride.com

*Attorney for Plaintiff*
*CTIA-The Wireless Association®*

MUNGER, TOLLES & OLSON LLP

By: /s/ Henry Weissmann
Henry Weissmann

HENRY WEISSMANN (SBN 132418)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 683-9150
Facsimile: (213) 683-5150
E-Mail: henry.weissmann@mto.com

*Attorneys for Plaintiff Cellco Partnership d/b/a Verizon Wireless and MCI Communications Services, Inc.*

CALIFORNIA PUBLIC UTILITIES COMMISSION

By: /s/ Kimberly Lippi
Kimberly Lippi

AROCLES AGUILAR (SBN 94753)
HELEN M. MICKIEWICZ (SBN 123184)
KIMBERLY LIPPI (SBN 185043)
CALIFORNIA PUBLIC UTILITIES COMMISSION
505 Van Ness Avenue
San Francisco, CA 94102
Telephone: (415) 703-5822
E-Mail: kimberly.lippi@cpuc.ca.gov

*Attorneys for Defendants*
*Michael Picker (President), Mike Florio (Commissioner), Catherine J.K. Sandoval (Commissioner), Carla J. Peterman (Commissioner), Liane M. Randolph (Commissioner), and Karl Bemesderfer (Administrative Law Judge)*

THE UTILITY REFORM NETWORK

By: /s/ Christine Mailloux
Christine Mailloux

THOMAS J. LONG, SBN 124776
CHRISTINE MAILLOUX, SBN 167918
THE UTILITY REFORM NETWORK
785 Market Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 929-8876
Facsimile: (415) 929-1132
E-Mail: cmailloux@turn.org

*Attorneys for Defendant-in-Intervention*
*The Utility Reform Network*

**~~[PROPOSED]~~ ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: June 1, 2016.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Vince Chhabria
NORTHERN DISTRICT OF CALIFORNIA

The Hon
United St